**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01340-CV
No. 05-15-01341-CV
No. 05-15-01342-CV
No. 05-15-01343-CV
No. 05-15-01344-CV

## IN RE ELVIN OMAR VASQUEZ, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1035051-Q, F-1035052-Q, F-1035053-Q, F-1035054-Q, F-1035055-Q**

## ORDER
Before Justice Francis, Justice Myers and Justice Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID J. SCHENCK
        JUSTICE